**Christ GEORGE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

September 26, 1947.

P. H. Vincent and A. W. Mann for movant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Marie SKAGGS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

September 26, 1947.

C. F. See, Jr., and M. J. See for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**FRATERNAL ORDER OF EAGLES, VANCEBURG AERIE NO. 2476, Lloyd Irwin, Leroy Skidmore, S. L. Davenport and Chester Boyd, Movants, v. COMMONWEALTH of Kentucky, Opposed.**

September 30, 1947.

Norman W. Bowman and E. V. Holder for movants.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.